**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 19-cv-00831-CMA-KMT

PATRICIA MAYS,
ROMELLO SLOAN, and
ROMEO SLOAN,

      Plaintiffs,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

      Defendant.

C.H., *a minor*,
TAWANNA HENDERSON*, individually and in her capacity as parent and natural guardian of C.H.*, and
CHRISTOPHER SHARP,

      Third Party Defendants.

---

**ORDER GRANTING PRUDENTIAL'S MOTION FOR DEFAULT JUDGMENT
AGAINST THIRD PARTY DEFENDANT, CHRISTOPHER SHARP, AND FOR
INTERPLEADER RELIEF**

---

      This matter is before the Court on Defendant The Prudential Insurance Company of America's ("Prudential") Motion for Default Judgment Against Third Party Defendant, Christopher Sharp, and for Interpleader Relief ("the Motion"). (Doc. # 60.) The Motion pertains to a $248,744.45 death benefit ("Death Benefit"), which Prudential has previously deposited into the Court's Registry and which is due under group life insurance policy number G-32000 ("Group Policy"), issued by Prudential through the

Office of Servicemembers' Group Life Insurance pursuant to 38 U.S.C. § 1965 et seq., as a result of the death of John L. Hooker.

Prudential stated in its Motion that counsel for Plaintiffs and the guardian *ad litem* for the minor Third-Party Defendant C.H. do not object to the relief requested in the Motion. (Doc. # 60 at 4.) No response to the Motion was filed. The Notice of Settlement Contingent on Court Approval filed in this case on February 11, 2020, stated that "the competing claimants who are not in default (*i.e.*, Plaintiffs, Third-Party Defendant C.H., and Third-Party Defendant Tawanna Henderson) have reached an agreement in principle for resolution of this matter" and said settlement is contingent upon the Court granting the instant Motion. (Doc. # 67 at 1–2.) The Court construes the Notice of Settlement Contingent on Court Approval as support for the instant Motion by Plaintiffs and Third-Party Defendants C.H. and Tawanna Henderson.

Upon consideration of the Motion and review of the case file and the relevant legal authority, the Court ORDERS as follows:

- Prudential's Motion for Default Judgment against Third Party Defendant, Christopher Sharp, and for Interpleader Relief (Doc. # 60) is hereby GRANTED;

- Default judgment is hereby ENTERED against Third-Party Defendant Christopher Sharp pursuant to Fed. R. Civ. P. 55(b)(2);

- Prudential is hereby discharged from any and all liability to Patricia Mays ("Patricia"), Romello Sloan ("Romello"), Romeo Sloan ("Romeo"), C.H., a minor, Tawanna Henderson ("Tawanna"), and Christopher Sharp ("Christopher") relating to the Group Policy and/or Death Benefit due thereunder and Patricia, Romello,

Romeo, C.H., Tawanna, and Christopher are hereby permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with Prudential relating to the Group Policy and/or Death Benefit;

- All claims, rights, interests and actions that Patricia, Romello, Romeo, C.H., Tawanna, and Christopher might otherwise have held against Prudential and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, with respect to the Group Policy and/or Death Benefit are hereby released;

- Prudential is hereby dismissed with prejudice from this litigation;

- This Court shall retain jurisdiction over Patricia, Romello, Romeo, C.H., and Tawanna and shall determine to whom the Death Benefit shall be paid in the event that the anticipated settlement is not agreed upon by the parties or is not approved by this Court.

DATED: February 19, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge