**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 19-cv-00831-CMA-KMT

PATRICIA MAYS,
ROMELLO SLOAN, and
ROMEO SLOAN,

    Plaintiffs,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

C.H., *a minor*,
TAWANNA HENDERSON*, individually and in her capacity as parent and natural guardian of C.H.*, and
CHRISTOPHER SHARP,

    Third Party Defendants.

---

**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**

---

This matter is before the Court on the Joint Motion for Approval of Minor's Settlement, Approval of Guardian *Ad Litem* Fees, for Entry of Final Judgment and Order of Interpleader Disbursement ("the Joint Motion for Approval"). (Doc. # 70.) In their Motion, Plaintiffs Patricia Mays, Romello Sloan, and Romeo Sloan, Third-Party Defendant Tawanna Henderson, and Guardian *Ad Litem* Katherine Beck, on behalf of the minor child Third-Party Defendant C.H., move the Court to approve the parties' settlement, approve guardian *ad litem* fees, and render a Final Judgment and Order of

Interpleader Disbursement in the instant case. (Doc. # 70.) Having reviewed the Joint Motion for Approval, the case file, and the relevant portions of applicable law, the Court finds, adjudges, and orders as follows:

This suit involves a dispute regarding a group life insurance policy payable by The Prudential Insurance Company of America ("Prudential") insuring the life of John L. Hooker. As a consequence of Mr. Hooker's death, a death benefit of $250,000, minus a premium debt that was due and owing in the amount of $1,255.55, rendered a total death benefit of $248,744.45 due to the rightful beneficiary or beneficiaries.

On September 25, 2019, attorney Kathryn Beck ("Attorney Beck") was appointed as guardian *ad litem* for Third-Party Defendant C.H., a minor. (Doc. # 46.) On October 3, 2019, Prudential deposited the sum of $249,537.70 into the registry of the Court. (Doc. # 47.) On February 19, 2020, the Court issued an Order Granting Prudential's Motion for Default Judgment Against Third Party Defendant, Christopher Sharp, and for Interpleader Relief, dismissing Prudential as a party. (Doc. # 68.) Finally, on February 19, 2020, Default Judgment was entered against Third-Party Defendant Christopher Sharp for his failure to timely answer or participate in these proceedings. (Doc. # 69.)

The remaining parties have resolved their dispute and submitted the instant Joint Motion for Approval, evidencing the financial terms of the settlement. Therefore, pursuant to the agreement of the parties and the record in this matter, it is ORDERED as follows:

- the Joint Motion for Approval of Minor's Settlement, Approval of Guardian *Ad Litem* Fees, for Entry of Final Judgment and Order of Interpleader Disbursement

(Doc. # 70) is hereby GRANTED;

- from the Funds, C.H. is entitled to, and the Clerk shall disburse to him, One Hundred Sixty-Two Thousand One Hundred Ninety-Nine Dollars and Fifty-One Cents ($162,199.51), plus 65% of all accumulated interest, payable to: "Beck Johnson & Nolan Trust Account" and mailed to: Kathryn Beck, Beck Johnson & Nolan, 300 Union Blvd., #300, Lakewood, CO 80228;

- from the Funds, Patricia Mays is entitled to, and the Clerk shall disburse to her, Twenty-Four Thousand Nine Hundred Fifty-Three Dollars and Seventy-Seven Cents ($24,953.77), plus 10% of all accumulated interest, payable to: "Interpleader Law, LLC IOLTA" and mailed to: Michael Hoover, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810;

- from the Funds, Tawanna Henderson is entitled to, and the Clerk shall disburse to her, Sixty-Two Thousand Three Hundred Eighty-Four Dollars and Forty-Two Cents ($62,384.42), plus 25% of all accumulated interest, payable to: "Tawanna Henderson" and mailed to: Tawanna Henderson, 2851 Sunrise Avenue, Apartment 202, Las Vegas, NV 89101;

- having reviewed the request for fees of Katherine Beck, guardian *ad litem* for C.H., fees in the amount of Four Thousand Six Hundred Ninety-Four Dollars ($4,694.00) for her service as guardian *ad litem* in this proceeding is hereby GRANTED. Thus, from the Funds distributed to C.H., Beck is entitled to retain $4,694.00 for her service as guardian *ad litem*;

- each payee is DIRECTED to comply with D.C.COLO.LCivR 67.2 and file a completed IRS Form W-9 under restricted access if more than $10.00 of interest shall be disbursed to that payee. Failure to timely submit a Form W-9, if applicable, will result in delay of payment;
- each party shall bear its own costs and attorneys' fees; and
- this matter is hereby DISMISSED WITH PREJUDICE.

DATED: May 12, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge